00-00134 & 135 Stines v State of Texas.wpd



Nos. 04-00-00134-CR & 04-00-00135-CR


Sandra Jean STINES,


Appellant



v.


 

The STATE of Texas,


Appellee



From the 144th Judicial District Court, Bexar County, Texas


Trial Court Nos. 98-CR-6593 & 98-CR-6594


Honorable Mark Luijten, Judge Presiding



PER CURIAM


Sitting: Tom Rickhoff, Justice 

 Alma L. López, Justice

 Catherine Stone, Justice 


Delivered and Filed: March 31, 2000


DISMISSED


 Appellant has filed a motion to dismiss these appeals. The motion is granted and the appeals
are dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH